# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

144123 & (35)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN TYRONE GREEN,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

SC: 144123
COA: 302857
Macomb CC: 2010-004628-FH

_____/

On order of the Court, the application for leave to appeal the November 1, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for contempt or entry of default judgment is DENIED.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325